523 A.2d 333

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Henry J. WILLIAMSON, a/k/a Harry Williamson, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 23, 1986.

Decided March 30, 1987.

Edward J. Hughes, Norristown, for appellant.

Mary M. Killinger, Chief, Appeals, Fort Washington, for appellee.

221

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Judgment of sentence affirmed.